

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00788-CV

**IN THE INTEREST OF J.R. AND T.R.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00015
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

We **grant** appellant's motion for extension of time to file her brief. We order appellant's brief due **January 27, 2015**. Counsel is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court